NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO MARTINEZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA MOTORS, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 8:23-cv-01916-FWS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION FOR BINDING ARBITRATION AND STAY OF CLAIMS [14]** |

///

///

///

**ORDER**

Having reviewed and considered the Parties' Joint Stipulation for Binding Arbitration and Stay of Claims [14] (the "Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. All of Plaintiff's claims shall be submitted to final and binding arbitration before JAMS in accordance with the terms set forth in the arbitration clause in Tesla's employment offer letter to Plaintiff, dated December 4, 2017.

2. The Parties shall **FILE** a **Joint Status Report** regarding the progress and status of the binding arbitration every **ninety (90) days**, with the first **Joint Status Report** due on **January 23, 2024**.

3. The above-captioned case is **STAYED** until further order of the court and the court retains jurisdiction of this matter pending resolution of the arbitration.

**IT IS SO ORDERED**.

Dated: October 25, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE